UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>               Plaintiff,<br><br>-against-<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>               Defendant. | Civil Case No.:<br>3:15-cv-06521-MAS-TJB |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims brought against ZWICKER & ASSOCIATES, P.C., in the above-captioned matter, without prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:  October 7, 2015

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| *Jan Konopca* | *Zwicker & Associates, P.C.* |
| By: /s/ Yitzchak Zelman         . | By: /s/ Peter Fish, Esq. |
| Yitzchak Zelman, Esq. (YZ5857) | Peter Fish, Esq. |
| MARCUS ZELMAN, LLC | Zwicker & Associates P.C. |
| 1500 Allaire Avenue, Suite 101 | 1101 Laurel Oak Road, Suite 130 |
| Ocean, New Jersey 07712 | Voorhees, NJ 08043 |
| Tel: (732)695-3282 | Tel: (856)784-7077 ext. 222 |
| Email: yzelman@marcuszelman.com | Email: pfish@zwickerpc.com |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>    Plaintiff,<br><br>-against-<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>    Defendant. | Civil Case No.:<br>3:15-cv-06521-MAS-TJB |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

  THAT pursuant to the parties' October 7, 2015 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:15-cv-06521-MAS-TJB, are dismissed without prejudice; and

  THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____ **day of** _____, 2015.

                _____
                HON. MICHAEL A. SHIPP
                UNITED STATES DISTRICT JUDGE