UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>                Plaintiff,<br><br>-against-<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>                Defendant. | Civil Case No.:<br>3:15-cv-06521-MAS-TJB |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' October 7, 2015 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:15-cv-06521-MAS-TJB, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 13th **day of** October **, 2015.**

_____
HON. MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE